AO 93 (Rev. 01/09) Search and Seizure Warrant (Page 2)

# RETURN

| Case No.: | Date and Time Warrant Executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 22-190MB | 6/16/22 | FBI PX CART |

Inventory Made in the Presence of:

SA Daniel F. Baker

Inventory of the property taken and name of any person(s) seized:

One CD containing a forensic download of the following device:

Samsung Cellular Phone - IMEI 350760504196267

# CERTIFICATION

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:   9/8/22

Executing officer's signature

Daniel F. Baker/FBI Special Agent

Printed name and title